*Harry S. Travis* for appellant.

*Robert O. Brink, District Attorney* (*Samuel W. Bernstein* of counsel), for respondent.

Judgment affirmed. No opinion. [See 296 N. Y. 825.]

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

In the Matter of RALPH C. TOBIN et al., Constituting the Board of Trustees of the Seventh Regiment Armory Building in the City of New York, Respondents, against WILLIAM O'DWYER et al., Constituting the Board of Estimate of the City of New York, Appellants.

Argued October 17, 1946; decided November 14, 1946.

*John J. Bennett, Corporation Counsel (William S. Lebwohl* and *Seymour B. Quel* of counsel), for appellants.

*John F. O'Ryan* and *Charles H. George* for respondents.

Order affirmed, with costs. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.